UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPER A WILLIAMS JR.,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF EDUCATION, ET AL.,

Defendants.

26-CV-4682 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff's amended *in forma pauperis* application does not show that he is unable to pay the fees. *See* 28 U.S.C. § 1915(a)(1).

If Plaintiff wishes to proceed with this action, he must pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

SO ORDERED.

Dated: August 14, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge